◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

KENNETH COLE

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE TECHNICAL AND COMMUNITY COLLEGE

CASE NUMBER: 05-270

TO: (Name and address of Defendant)

Delaware Technical & Community College
c/o Larry Miller, Office of the Campus Director
333 Shipley Street
Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keri L. Morris, Esquire (#4656)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806
302-777-4680

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            5/5/04

CLERK                       DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/6/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: DELAWARE TECHNICAL & COMMUNITY COLLEGE AT 333 N. SHIPLEY ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY TARA DIGETTO

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/6/05
              Date

Signature of Server
BARRY EVELAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.