IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-270-KAJ |
| | ) |
| DELAWARE TECHNICAL AND | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED between the parties that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until June 15, 2005.

MORRIS, JAMES, HITCHENS &  
  WILLIAMS LLP

*/s/ Jennifer L. Brierley*  
David H. Williams (#616)  
Jennifer L. Brierley (#4075)  
222 Delaware Avenue  
P.O. Box 2306  
Wilmington, DE 19899  
(302) 888-6900  
dwilliams@morrisjames.com  
jbrierley@morrisjames.com  
Attorneys for Defendant

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*  
Jeffrey K. Martin (#2407)  
Keri L. Morris (#4656)  
1509 Gilpin Avenue  
Wilmington, DE 19806  
(302) 777-4680  
jmartin@margolisedelstein.com  
kmorris@margolisedelstein.com  
Attorneys for Plaintiff

IT IS SO ORDERED this ____ day of _____, 2005.

_____  
J.