IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-270 (KAJ) |
| | ) | |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED between the parties that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until June 30, 2005.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Jennifer J. Brierley/*

David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris/*

Jeffrey K. Martin (#2407)
Keri Morris (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

IT IS SO ORDERED this ____ day of _____, 2005.

_____
J.