IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

KENNETH COLE,                          )
                                       )
        Plaintiff,                     )        C.A. NO. 05-270 (KAJ)
                                       )
            v.                         )
                                       )        JURY TRIAL DEMANDED
DELAWARE TECHNICAL AND                 )
COMMUNITY COLLEGE,                     )
                                       )
        Defendant.                     )

## PLAINTIFF'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure Rule 42(a) Plaintiff, Kenneth Cole ("Plaintiff Cole"), hereby moves this Honorable Court for an order that Civil Action No: 05-270 (KAJ) and 05-271 (SLR) be consolidated and merged into one lawsuit on the grounds set forth in the accompanying Memorandum filed in support of Plaintiff's Motion to Consolidate.

**MARGOLIS EDELSTEIN**


_____
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680 – telephone
(302) 777-4682 – facsimile
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

Dated: August 4, 2005