IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-270 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered Plaintiff's Motion to Consolidate, IT IS HEREBY ORDERED that Civil Action No. 05-270 (KAJ) and Civil Action No. 05-271(SLR) be consolidated and the Clerk shall merge the two cases as one lawsuit as Civil Action No. 05-271(SLR).

_____
J.