

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
1509 GILPIN AVENUE
WILMINGTON, DE 19806
302-777-4680
FAX 302-777-4682

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

KERI L. MORRIS, ESQUIRE
kmorris@margolisedelstein.com

August 16, 2005

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

    RE:    Cole v. Delaware Technical and Community College
              C.A. No. 05-270(KAJ)

Dear Judge Jordan:

    I am writing to advise the Court that, on behalf on my client, I filed a Motion to Consolidate the above-referenced matter with *Brown v. Delaware Technical and Community College*, C.A. No. 05-271 (SLR) on August 4, 2005. Defense counsel has indicated that they will not oppose the motion. However, as of the date of this letter, the Court has not decided the Motion.

    Therefore, I have enclosed, for your review, the Proposed Scheduling Order that counsel has conferred and agreed upon and for discussion during our teleconference scheduled for Tuesday, August 23, 2005 at 10:00 a.m.

    Both counsel are available at the Court's convenience should you so require.

Respectfully yours,

*Keri L. Morris*

**KERI L. MORRIS**

KLM:cab

Encl.

cc:    Clerk of the Court (by e-file)
cc:    Jennifer Brierley, Esquire (by e-file only)