IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-270 (KAJ) |
| | ) | |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO CONSOLIDATE
CIVIL ACTIONS 05-271 (SLR) WITH 05-270 (KAJ)**

NOW COMES, Defendant, Delaware Technical and Community College, by and through its counsel, and responds to Plaintiff's Motion to Consolidate as follows:

1. Defendant does not oppose Plaintiff's request to consolidate this Civil Action (05-270 (KAJ)) with *Brown v. Delaware Technical and Community College*, Civil Action No. 05-271 (SLR).

MORRIS, JAMES, HITCHENS &WILLIAMS LLP

*/s/ Jennifer Brierley*
David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant,
Delaware Technical & Community College

Dated: August 18, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No.  05-270 KAJ |
| | ) | |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on August 18, 2005, I electronically filed the attached **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE CIVIL ACTIONS 05-271 (SLR) WITH 05-270 (KAJ)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jeffrey K. Martin, Esquire
>Margolis and Edelstein
>1509 Gilpin Avenue
>Wilmington, DE  19806

*/s/ Jennifer Brierley*
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant

Dated:  August 18, 2005

1251636/1