IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BRIGITTE L. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-271-KAJ |
| | ) | |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF CONSOLIDATION

WHEREAS plaintiff Kenneth Cole has filed a Motion to Consolidate (D.I. 9) Civil Action No. 05-270 with Civil Action No. 05-271-KAJ; and

WHEREAS plaintiff Brigitte L. Brown has filed a Motion to Consolidate (D.I. 8) Civil Action No. 05-271-KAJ with Civil Action No. 05-270;

IT IS HEREBY ORDERED that the Motions to Consolidate (D.I. 9 [Civil Action 05-270]; and D.I. 8 [Civil Action 05-271]]) are GRANTED. The cases shall be consolidated for all purposes.

The caption of this consolidated matter shall be:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-270-KAJ (Consolidated) |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | |
| Defendant. | ) | |

Hereafter all papers in the consolidated actions will be filed under Civil Action No. 05-270-KAJ.

_____
UNITED STATES DISTRICT JUDGE

August 25, 2005
Wilmington, Delaware