IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. NO. 05-270 (KAJ)<br>)   (Consolidated)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Keri L. Morris, the undersigned Counsel for Plaintiffs in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's Pre-Discovery Disclosures*** were sent via U.S. Mail postage pre-paid on September 1, 2005 to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

                                              MARGOLIS EDELSTEIN

                                              /s/ Keri L. Morris
                                              Jeffrey K. Martin (#2407)
                                              Keri L. Morris  (#4656)
                                              1509 Gilpin Avenue
                                              Wilmington, DE 19806
                                              (302) 777-4680
                                              (302) 777-4682 fax
                                              jmartin@margolisedelstein.com
                                              kmorris@margolisedelstein.com
Dated: September 1, 2005                      Attorneys for Plaintiffs