IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C. A. No.  05-270 KAJ |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

NOTICE OF SERVICE

I hereby certify that on the 6th day of September, 2005, two (2) copies of **DELAWARE TECHNICAL AND COMMUNITY COLLEGE'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

>Jeffrey K. Martin, Esquire
>Margolis and Edelstein
>1509 Gilpin Avenue
>Wilmington, DE  19806

David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant

Dated:  September 8, 2005

JLB/007409-0132/1278909/1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>  Plaintiffs,<br><br>  v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 05-270 KAJ<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on September 8, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Jeffrey K. Martin, Esquire
>Margolis and Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>_____
>David H. Williams (#616) (dwilliams@morrisjames.com)
>Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900
>Attorneys for Defendant

Dated: September 8, 2005