IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | C. A. No. 05-270 KAJ |
| | ) | |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

I hereby certify that on the 20th day of September, 2005, two (2) copies of Delaware Technical and Community College's First Set of Interrogatories Directed to Plaintiff Kenneth Cole; Delaware Technical and Community College's First Request For Production of Documents Directed to Plaintiff Kenneth Cole; Delaware Technical and Community College's First Set of Interrogatories Directed to Plaintiff Brigitte Brown; and Delaware Technical and Community College's First Request For Production of Documents Directed to Plaintiff Brigitte Brown were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Jeffrey K. Martin, Esquire
Margolis and Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

/s/ Jennifer L. Brierley
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant

Dated: September 20, 2005

JLB/007409-0132/1278909/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C. A. No. 05-270 KAJ |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Jennifer L. Brierley hereby certify that on September 20, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
Margolis and Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

*/s/ Jennifer L. Brierley*
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendant

Dated: September 20, 2005