IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE BROWN,<br><br>        Plaintiffs,<br><br>        v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-270 (KAJ)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff Brigitte Brown hereby certify that two true and correct copies of *Plaintiffs Response to Defendant's First Set of Interrogatories Directed to Brigitte Brown* were served on October 31, 2005 to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                    MARGOLIS EDELSTEIN

                                    _____
                                    Jeffrey K. Martin, Esquire (DE # 2407)
                                    1509 Gilpin Avenue
                                    Wilmington, Delaware 19806
                                    302-777-4680 phone
                                    302-777-4682 facsimile
                                    jmartin@margolisedelstein.com
                                    Attorney for Plaintiff Brigitte Brown