IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE BROWN, <br>       Plaintiffs, <br>       v. <br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-270 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff Kenneth Cole hereby certify that two true and correct copies of *Plaintiffs Response to Defendant's First Set of Interrogatories Directed to Kenneth Cole* were served on October 31, 2005 to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                          MARGOLIS EDELSTEIN

                                          */s/ Jeffrey K. Martin*
                                          Jeffrey K. Martin, Esquire (DE # 2407)
                                          1509 Gilpin Avenue
                                          Wilmington, Delaware 19806
                                          302-777-4680 phone
                                          302-777-4682 facsimile
                                          jmartin@margolisedelstein.com
                                          Attorney for Plaintiff Kenneth Cole