## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE,<br>BRIGITTE BROWN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-270 (KAJ) |
| | ) | |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff Kenneth Cole hereby

certify that two true and correct copies of *Plaintiffs Response to Defendant's First

Request for Production of Documents Directed to Kenneth Cole* were served on October

31, 2005 to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (DE # 2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
302-777-4680 phone
302-777-4682 facsimile
jmartin@margolisedelstein.com
Attorney for Plaintiff Kenneth Cole