IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 05-270 (KAJ) <br> (Consolidated) |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L. Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: November 9, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-270 (KAJ)<br>)  (Consolidated)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I electronically filed *Substitution of Counsel* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Jennifer L. Brierley, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE  19806