IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KENNETH COLE and** <br> **BRIGITTE L. BROWN,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. NO. 05-270 (KAJ) <br> (Consolidated) |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| **DELAWARE TECHNICAL AND** <br> **COMMUNITY COLLEGE,** | ) <br> ) <br> ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on November 29, 2005 I caused two (2) true and correct copies of the foregoing ***Plaintiffs' First Set of Interrogatories Directed to Defendant*** to be sent via U.S. Mail postage pre-paid to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                 MARGOLIS EDELSTEIN

                                 _____
                                 Jeffrey K. Martin, Esquire (#2407)
                                 Lori A. Brewington, Esquire (#4522)
                                 1509 Gilpin Avenue
                                 Wilmington, Delaware 19806
                                 (302) 777-4680 phone
                                 (302) 777-4682 facsimile
                                 jmartin@margolisedelstein.com
                                 Attorney for Plaintiffs

Dated: November 29, 2005