IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> )    C.A. NO. 05-270 (KAJ) <br> )    (Consolidated) <br> ) <br> )    JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on November 29, 2005 I caused two (2) true and correct copies of the foregoing *Plaintiff's First Request for Production of Documents Directed to Defendant* to be sent via U.S. Mail postage pre-paid to the following:

David H. Williams, Esquire
Jennifer L. Brierley, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                                  MARGOLIS EDELSTEIN

                                                  Jeffrey K. Martin, Esquire (#2407)
                                                  Lori A. Brewington, Esquire (#4522)
                                                  1509 Gilpin Avenue
                                                  Wilmington, Delaware 19806
                                                  (302) 777-4680 phone
                                                  (302) 777-4682 facsimile
                                                  jmartin@margolisedelstein.com
                                                  Attorneys for Plaintiffs

Dated: November 29, 2005