# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

December 14, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

      RE: *Kenneth Cole and Brigitte L. Brown v.*
            *Delaware Technical and Community College*
            *Civil Action No. 05-270-KAJ*

Dear Judge Jordan:

      Counsel for the parties agree there is nothing to report, nor anything to add to the interim status report. Thus, the parties respectfully suggest that the status conference scheduled to take place on December 15, 2005 at 4:30 p.m. be taken off the Court's calendar.

                                Respectfully,

                                */s/ David H. Williams*
                                David H. Williams

DHW/jam
cc:  Jeffrey Martin, Esquire (via e-filing)
      Clerk of the Court (via e-filing)