IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. NO. 05-270 (KAJ)<br>(Consolidated) |
| v. | )<br>) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | )<br>)<br>) | |
| Defendant. | ) | |

STIPULATION FOR EXTENSION OF TIME

The parties, by and through their undersigned counsel, do hereby stipulate to an extension of time to extend the Discovery deadline in the above-captioned matter to February 15, 2006 for the purpose of scheduling depositions of both Plaintiffs and the Defendants.

| | |
|---|---|
| MARGOLIS EDELSTEIN | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
| /s/ Jeffrey K. Martin | /s/ Jennifer J. Brierley |
| Jeffrey K. Martin (#2407)<br>Lori A. Brewington (#4522)<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-4680 - phone<br>jmartin@margolisedelstein.com<br>kmorris@margolisedelstein.com<br>Attorneys for Plaintiff | David Williams (#616)<br>Jennifer L. Brierley (#4075)<br>222 Delaware Avenue<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6900 – phone<br>dwilliams@morrisjames.com<br>jbrierley@morrisjames.com<br>Attorneys for Defendant |

IT IS SO ORDERED this _____ day of _____, 2006

_____
J.