IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. NO. 05-270 (KAJ)<br>)  (Consolidated)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Paul Morris* were sent by U.S. Mail, First Class, postage prepaid, on January 10, 2006 to the following:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                          MARGOLIS EDELSTEIN

                                          /s/ Lori A. Brewington
                                          Jeffrey K. Martin, Esquire (#2407)
                                          Lori A. Brewington, Esquire (#4522)
                                          1509 Gilpin Avenue
                                          Wilmington, Delaware 19806
                                          (302) 777-4680 phone
                                          Attorneys for Plaintiff