IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. NO. 05-270 (KAJ) <br> ) (Consolidated) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Sue Zawislak* were sent by U.S. Mail, First Class, postage prepaid, on January 10, 2006 to the following:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                             MARGOLIS EDELSTEIN

                                             /s/ Jeffrey K. Martin
                                             Jeffrey K. Martin, Esquire (#2407)
                                             Lori A. Brewington, Esquire (#4522)
                                             1509 Gilpin Avenue
                                             Wilmington, Delaware 19806
                                             (302) 777-4680 phone
                                             Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. NO. 05-270 (KAJ) <br> ) (Consolidated) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Sue Zawislak* were sent by U.S. Mail, First Class, postage prepaid, on January 10, 2006 to the following:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                                       MARGOLIS EDELSTEIN

                                                       Jeffrey K. Martin, Esquire (#2407)
                                                       Lori A. Brewington, Esquire (#4522)
                                                       1509 Gilpin Avenue
                                                       Wilmington, Delaware 19806
                                                       (302) 777-4680 phone
                                                       Attorneys for Plaintiff