IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-270 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION OF KENNETH COLE

TO:  Jeffrey K. Martin, Esquire
    Lori A. Brewington, Esquire
    Margolis & Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

PLEASE TAKE NOTICE that counsel for Defendant Delaware Technical and Community College will take the deposition of Plaintiff Kenneth Cole pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, February 7, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 1:00 p.m.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ David H. Williams_
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Dated: January 11, 2006        Attorneys for Defendant

cc: Corbett & Associates
DHW/007409-0132/1328039/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C. A. No. 05-270 KAJ |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on January 11, 2006, I electronically filed the attached **NOTICE OF DEPOSITION OF KENNETH COLE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis and Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ David H. Williams_
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Dated: January 11, 2006        Attorneys for Defendant