IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C. A. No.  05-270 KAJ |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME
TO RESPOND TO DISCOVERY**

IT IS HEREBY STIPULATED between the parties that the time for Defendant to respond to Plaintiff's discovery requests is extended until Friday, January 20, 2006.

MARGOLIS & EDELSTEIN

_____
Jeffrey K. Martin (#2407)
Lori A. Brewington (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated:  January 16, 2006

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

_____
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2006.

_____
J.