IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-270 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DEPOSITION OF BRIGITTE L. BROWN**

TO: Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis & Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that counsel for Defendant Delaware Technical and Community College will take the deposition of Plaintiff Kenneth Cole pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Monday, February 6, 2006, in the office of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, Wilmington, Delaware 19899, beginning at 10:00 a.m.

                                      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                      /s/ David H. Williams
                                      David H. Williams (#616)
                                      222 Delaware Avenue
                                      P.O. Box 2306
                                      Wilmington, DE 19899
                                      (302) 888-6900
                                      dwilliams@morrisjames.com

Dated: January 20, 2006        Attorneys for Defendant

cc: Corbett & Associates
DHW/007409-0132/1337716/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>        Plaintiffs,<br><br>v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-270 KAJ<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on January 20, 2006, I electronically filed the attached **NOTICE OF DEPOSITION OF BRIGITTE L. BROWN** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis and Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

        MORRIS, JAMES, HITCHENS & WILLIAMS LLP

        /s/ David H. Williams
        David H. Williams (#616)
        222 Delaware Avenue
        P.O. Box 2306
        Wilmington, DE 19899
        (302) 888-6900
        dwilliams@morrisjames.com

Dated: January 20, 2006    Attorneys for Defendant