IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-270 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, David H. Williams, hereby certify that on the 23rd day of January, 2006, a copy of **Defendant's Answers to Plaintiffs' First Set of Interrogatories Directed to Defendant** was served by e-mail on the following counsel of record, and on the 24th of January, 2006, two (2) copies were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

        Jeffrey K. Martin, Esquire
        Lori A. Brewington, Esquire
        Margolis and Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
James H. McMackin (#4284) (jmcmackin@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

Dated: January 24, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>        Plaintiffs,<br><br>        v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-270 KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on January 24, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Jeffrey K. Martin, Esquire
    Lori A. Brewington, Esquire
    Margolis and Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    /s/ David H. Williams
    David H. Williams (#616) (dwilliams@morrisjames.com)
    James H. McMackin (#4284)(jmcmackin@morrisjames.com)
    MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849
    Attorneys for Defendant

Dated: January 24, 2006

DHW/007409-0132/1340882/1