IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-270 KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF SERVICE

I, David H. Williams, hereby certify that on the 24th of January, 2006, two (2) copies of **Defendant's Responses and Objections to Plaintiffs' First Request For Production of Documents Directed to Defendant** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

> Jeffrey K. Martin, Esquire
> Lori A. Brewington, Esquire
> Margolis and Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE  19806

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
James H. McMackin (#4284) (jmcmackin@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

Dated:  January 24, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>        Plaintiffs,<br><br>v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)    C. A. No. 05-270 KAJ<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on January 24, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Jeffrey K. Martin, Esquire
    Lori A. Brewington, Esquire
    Margolis and Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    /s/ David H. Williams
    David H. Williams (#616) (dwilliams@morrisjames.com)
    James H. McMackin (#4284)(jmcmackin@morrisjames.com)
    MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849
    Attorneys for Defendant

Dated: January 24, 2006

DHW/007409-0132/1340882/1