IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND COMMUNITY COLLEGE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. NO. 05-270 (KAJ) <br> (Consolidated) <br><br> JURY TRIAL DEMANDED |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by and through their undersigned counsel, do hereby stipulate to an extension of time for the following items:

a. The deadline for disclosure of Plaintiff Brown's treating physician's and/or psychologist's testimony shall be on or before March 6, 2006.

b. The deadline for Defendant to disclose rebuttal expert testimony, take the deposition(s) of Plaintiff Brown's treating physician and/or psychologist, and/or perform an independent medical examination of Plaintiff Brown shall be on or before April 5, 2006.

c. With respect to all matters other than expert testimony regarding Plaintiff Brown's emotional distress claim, the discovery deadline shall remain February 15, 2006.

d. All case dispositive motions, opening briefs, and affidavits, if any, in support of the motion shall be served and filed on or before April 17, 2006.

| MARGOLIS EDELSTEIN | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| /s/ Jeffrey K. Martin | /s/ James H. McMackin |
| Jeffrey K. Martin (#2407) | David Williams (#616) |
| Lori A. Brewington (#4522) | James H. McMackin (#4284) |
| 1509 Gilpin Avenue | 222 Delaware Avenue |
| Wilmington, DE 19806 | P.O. Box 2306 |
| (302) 777-4680 - phone | Wilmington, DE 19899 |
| jmartin@margolisedelstein.com | (302) 888-6800 – phone |
| kmorris@margolisedelstein.com | dwilliams@morrisjames.com |
| Attorneys for Plaintiffs | jmcmackin@morrisjames.com |
| | Attorneys for Defendant |

IT IS SO ORDERED this _____ day of _____, 2006

_____
J.