IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | C. A. No. 05-270 KAJ |
| | ) | |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of James H. McMackin, III, Esquire of Morris, James, Hitchens & Williams LLP as attorney for Defendant Delaware Technical and Community College in the above-referenced action.

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

Dated: February 17, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C. A. No. 05-270 KAJ |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, James H. McMackin, III, hereby certify that on February 17, 2006, I electronically filed the attached **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis and Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III, Esquire
jmcmackin@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Dated: February 17, 2006        Attorneys for Defendant