IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-270 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for Plaintiff Brigitte Brown hereby certify that two (2) true and correct copies of ***Plaintiff Brigitte Brown's Supplemental Response to Defendant's Interrogatory Number Five*** were sent via U.S. Mail postage pre-paid on March 27, 2006 to the following:

David H. Williams, Esquire
James H. McMackin, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

                                         MARGOLIS EDELSTEIN

                                         Lori A. Brewington, Esquire (#4522)
                                         1509 Gilpin Avenue
                                         Wilmington, Delaware 19806
                                         302-777-4680 phone
                                         302-777-4682 facsimile
                                         lbrewington@margolisedelstein.com
                                         Attorneys for Plaintiff Brigitte Brown