IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | C.A. No. 05-270 (KAJ) |
| | ) | |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, by and through its attorneys, Morris, James, Hitchens and Williams LLP, and hereby moves this Honorable Court for an order entering summary judgment pursuant to Fed. R. Civ. P. 56 in favor of the Defendant Delaware Technical and Community College.

MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

Dated: April 17, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, BRIGITTE BROWN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-270 (KAJ) ) |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

IS HEREBY ORDERED this ____ day of _____, 2006, that Defendant's Motion for Summary Judgment is GRANTED.

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>        Plaintiffs,<br><br>        v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-270 KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, James H. McMackin, III, hereby certify that on April 17, 2006, I electronically filed the attached **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Jeffrey K. Martin, Esquire
    Lori A. Brewington, Esquire
    Margolis and Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

    /s/ James H. McMackin
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III, Esquire
    jmcmackin@morrisjames.com
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849

Dated: April 17, 2006    Attorneys for Defendant