IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : :  : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : : : : |
| Defendant. | : |

### ORDER

At Wilmington this **4th** day of **May, 2006**,

IT IS ORDERED that in light of separate telephonic discussions with counsel on May 4, 2006, the mediation scheduled for May 16, 2006 is cancelled. Counsel for defendant is to advise immediately when a decision is issued on its motion for summary judgment. Depending on that decision, a teleconference will be scheduled to discuss the remaining issues and the decision's effect on mediation. The intent is to reschedule, if possible, the mediation prior to the Pretrial conference. Unless the teleconference occurs earlier, a teleconference is scheduled for **Tuesday, August 1, 2006 at 9:30 a.m.** to be initiated by defense counsel. At present, plaintiff's counsel will attend the teleconference on August 1 in the Court Chambers and shall advise defense counsel if her location for the teleconference should change.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE