IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-270 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on April 27, 2006, I electronically filed the attached Notice of Service of Plaintiff's First Supplemental Response to Defendant's First Request For Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams, Esquire
James H. McMackin, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                       MARGOLIS EDELSTEIN

                                       /s/ Lori A. Brewington
                                       Lori A. Brewington, Esquire (#4522)
                                       1509 Gilpin Avenue
                                       Wilmington, Delaware 19806
                                       302-777-4680 phone
                                       302-777-4682 facsimile
                                       lbrewington@margolisedelstein.com
                                       Attorneys for Plaintiff Kenneth Cole
                                       And Plaintiff Brigitte Brown

April 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-270 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, do hereby certify that on April 27, 2006, I electronically filed the attached Notice of Service of Plaintiff's First Supplemental Response to Defendant's First Request For Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David H. Williams, Esquire
James H. McMackin, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

                                                 MARGOLIS EDELSTEIN

                                                 /s/ Lori A. Brewington
                                                 Lori A. Brewington, Esquire (#4522)
                                                 1509 Gilpin Avenue
                                                 Wilmington, Delaware 19806
                                                 302-777-4680 phone
                                                 302-777-4682 facsimile
                                                 lbrewington@margolisedelstein.com
                                                 Attorneys for Plaintiff Kenneth Cole
                                                 And Plaintiff Brigitte Brown

April 27, 2006