IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>    Defendant. | )<br>)<br>)<br>)   C.A. NO. 05-270 (KAJ)<br>)   (Consolidated)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## ORDER

Having considered the motion and briefing by both parties, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED.

_____
                  J.