IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE AND BRIGITTE L. BROWN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **13th** day of **September, 2006.**

IT IS ORDERED that a scheduling teleconference has been scheduled for **September 14, 2006 at 12:00 p.m.** with the undersigned. **Plaintiffs' counsel shall initiate the teleconference call.**

_____
UNITED STATES DISTRICT JUDGE