IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and <br> BRIGITTE L. BROWN, <br>         Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 05-270-KAJ <br> ) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion for Summary Judgment is GRANTED as to Plaintiffs' hostile work environment claim, GRANTED as to Plaintiffs' claim for breach of the covenant of good faith and fair dealing, GRANTED as to Brown's constructive discharge claim, and DENIED in all other respects.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

October 6, 2006
Wilmington, Delaware