IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : <br> : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **11th** day of **October, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, October 17, 2006 at 9:00 a.m.** with Judge Thynge to discuss the status of the case and the rescheduling of the mediation. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE