# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-270-KAJ |
| | : | |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **19th** day of **October, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 8, 2006 at 9:00 a.m.** with Judge Thynge to discuss the status of the case and the rescheduling of the mediation. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE