IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE AND BRIGITTE L. BROWN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, during a teleconference with counsel of September 14, 2006, the court directed counsel for the parties to consult and submit an amended scheduling order,

WHEREAS, to date the court has not heard from counsel,

IT IS HEREBY ORDERED that the parties shall submit an amended scheduling order for the court's consideration on or before November 15, 2006.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

November 7, 2006
Wilmington, Delaware