IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-270 (KAJ) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

The parties, by and through their undersigned counsel, do hereby stipulate to an amended scheduling order.

On **July 17, 2007**, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at **9:00 a.m.**

This matter is scheduled for a **5-day jury** trial beginning at 9:30 a.m. on **August 20, 2007.**

MARGOLIS EDELSTEIN

MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

11/13/06

Jeffrey K. Martin (#2407)
Lori A. Brewington (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680 - phone
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

David Williams (#616)
James H. McMackin (#4284)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900 – phone
dwilliams@morrisjames.com
jmcmackin@morrisjames.com
Attorneys for Defendant

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE