

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

KENNETH COLE and                    )
BRIGITTE L. BROWN,                   )
                                     )
        Plaintiffs,                  )        C.A. NO. 05-270 (KAJ)
                                     )        (Consolidated)
        v.                           )
                                     )        JURY TRIAL DEMANDED
DELAWARE TECHNICAL AND               )
COMMUNITY COLLEGE,                   )
                                     )
        Defendant.                   )


**AMENDED SCHEDULING ORDER**

The parties, by and through their undersigned counsel, do hereby stipulate to an amended

scheduling order.

On **July 17, 2007**, the Court will hold a Final Pretrial Conference in Chambers with

counsel beginning at **9:00 a.m.**

This matter is scheduled for a **5-day jury** trial beginning at 9:30 a.m. on **August 20,**

**2007**.

MARGOLIS EDELSTEIN              MORRIS, JAMES, HITCHENS & WILLIAMS, LLP


_____       _____         11/13/06
Jeffrey K. Martin (#2407)       David Williams (#616)
Lori A. Brewington (#4522)      James H. McMackin (#4284)
1509 Gilpin Avenue              222 Delaware Avenue
Wilmington, DE 19806            P.O. Box 2306
(302) 777-4680 - phone          Wilmington, DE 19899
jmartin@margolisedelstein.com   (302) 888-6900 – phone
lbrewington@margolisedelstein.com   dwilliams@morrisjames.com
Attorneys for Plaintiff         jmcmackin@morrisjames.com
                                Attorneys for Defendant

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE