IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : <br> : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **27th** day of **November, 2006**,

In light of separate discussions with counsel, the Court has concluded that neither mediation nor the teleconference tentatively scheduled for January 5, 2007 would be fruitful. Therefore,

IT IS ORDERED that the teleconference tentatively scheduled for **Friday, January 5, 2007 at 10:30 a.m.** with Judge Thynge to discuss the status of the case and the rescheduling of the mediation is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE