# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-270-*** |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : |
| Defendant. | : |

## ORDER

At Wilmington this **12th** day of **February, 2007**,

IT IS ORDERED that the a status teleconference has been scheduled for **Friday, March 9, 2007 at 9:30 a.m.** with Judge Thynge to discuss the status of the case. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE