IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-270-*** |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : : : : | |
| Defendant. | : | |

## ORDER

At Wilmington, this **9th** day of **March, 2007.**

A status teleconference was held on March 9, 2007 with all counsel participating. As a result of that teleconference,

IT IS ORDERED that a follow-up teleconference is scheduled for **June 13, 2007 at 8:30 a.m.** to be initiated by David Williams, Esq. to discuss whether this matter has been transferred out of the vacant judgeship, and if not, then modification to the pretrial and trial dates.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE