IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-270 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Herbert W. Mondros, Esquire, hereby certify that on April 23, 2007, I electronically filed the attached **Notice of Substitution of Counsel** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

David H. Williams, Esquire (#616)
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
*Attorney for Defendant, Delaware Technical and Community College*

Respectfully submitted,
MARGOLIS EDELSTEIN

By:_____
Herbert W. Mondros, Esquire (#3956)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

Counsel for Plaintiff, Kenneth Cole