**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-270-GMS |
| | : | |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington, this **12**th day of **June, 2007.**

IT IS ORDERED that the teleconference scheduled with Judge Thynge for

June 13, 2007 at 8:30 a.m. is canceled.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE