IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and <br> BRIGITTE L. BROWN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) C.A. NO. 05-270 (GMS) <br> ) (Consolidated) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR CONTINUANCE

Plaintiffs, through their undersigned counsel, respectfully request a continuance of the trial, presently scheduled for September 24, 2007. The grounds for this request are as follows.

1.  On December 7, 2005, Lori A. Brewington, Esquire of Margolis Edelstein entered her appearance on behalf of Plaintiffs, and thereafter acted as the Plaintiffs' lead counsel in this matter.

2.  Ms. Brewington has resigned from Margolis Edelstein effective July 3, 2007, and will be withdrawing her appearance, on behalf of the Plaintiffs.

3.  It is anticipated that Margolis Edelstein will continue to represent the Plaintiffs in this matter and that counsel from Margolis Edelstein's Philadelphia office will enter their appearance pro hac vice on behalf of Plaintiffs. However, the impending trial date of September 24, 2007 will not allow sufficient time for Plaintiffs' new counsel to adequately prepare in order to represent Plaintiffs at the upcoming trial.

4. Accordingly, Plaintiffs respectfully request a brief continuance of the trial date to permit new counsel to prepare for trial.

5. Undersigned counsel has conferred with James H. McMackin, Esquire, counsel for the Defendant, and has been advised that Defendant does not oppose this request.

WHEREFORE, Plaintiffs respectfully request that this Motion for Continuance be granted.

MARGOLIS EDELSTEIN

/s/ Herbert W. Mondros
Herbert W. Mondros, Esquire (DE #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 facsimile
Attorney for Plaintiffs