IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. NO. 05-270 (GMS) <br> ) (Consolidated) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of Plaintiffs' Motion for Continuance and the response thereto, IT IS HEREBY ORDERED, that the trial in this matter will be continued from September 24, 2007 to _____.

_____
District Court Judge