IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | ) ) ) |
| Plaintiffs, | ) C.A. NO. 05-270 (GMS) ) (Consolidated) |
| v. | ) ) JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, do hereby certify that on June 25, 2007, I served a copy of the Motion for Continuance via first class mail postage pre-paid upon the party listed below:

David Williams (#616)
James H. McMackin (#4284)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

_____
Herbert W. Mondros, Esquire
750 South Madison Street
Wilmington, Delaware 19801
(302)888-1112
(302)888-1119 facsimile
Attorney for Plaintiffs