IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-270 (KAJ) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** the attorney Lori A. Brewington, Esquire

hereby **WITHDRAWS** as counsel to Kenneth Cole and Brigitte L. Brown in the above

noted case.  All pleadings henceforth should be served upon the following:

Herbert W. Mondros (DE Bar # 3308)
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE  19801
(302) 888-1112
hmondros@margolisedelstein.com

MARGOLIS EDELSTEIN

Herbert W. Mondros, Esquire (#3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112 (telephone)
(302) 888-1119 (facsimile)

July 2, 2007

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 (telephone)
(302) 888-1119 (facsimile)

July 2, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE and<br>BRIGITTE L. BROWN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-270 (KAJ) |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on July 2, 2007, I electronically

filed the attached **Notice of Withdrawal** with the Clerk of Court using CM/ECF, which

will send notification of such filing(s) to the following, as well as by first class mail,

postage pre-paid:


David H. Williams, Esquire (#616)
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
*Attorney for Defendant, Delaware Technical and Community College*


MARGOLIS EDELSTEIN

By:_____
    Herbert W. Mondros, Esquire (#3308)
    750 South Madison Street, Suite 102
    Wilmington, DE 19801
    (302) 888-1112 (telephone)
    (302) 888-1119 (facsimile)
    Counsel for Plaintiffs Kenneth Cole
    and Brigitte Brown

Dated: July 2, 2007