

ATTORNEYS AT LAW
www.margolisedelstein.com

HERBERT W. MONDROS, ESQUIRE
hmondros@margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-777-4680
FAX 302-777-4682

August 27, 2007

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

RE:   **Brown/Cole v. DE Technical & Community College**
      **C.A. No.: 05-270 GMS (Consolidated)**

Dear Judge Sleet:

     Attached for the Court's consideration is the Final Pretrial Order submitted by the parties in the above-referenced action. We apologize for our failure to have this timely filed. The delay was solely attributable to the plaintiffs' counsel and not to the defense.

     This morning we provided Plaintiffs' proposed jury instructions to defense counsel. The parties are also preparing their Trial Briefs and Special Verdict Forms. We respectfully request the Court's permission to file these additional papers no later than Friday, August 31, 2007.

Respectfully,

Herbert W. Mondros
Del. Bar No. 3308

HWM:mh

cc:   David Williams, Esq.
      James H. McMackin, Esq.