IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| BRIGITTE BROWN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-270 (GMS) |
| | ) | (Consolidated) |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: David H. Williams, Esquire (#616)
James H. McMackin, Esquire (#4284)
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

PLEASE TAKE NOTICE that the following documents have been filed on August 31, 2007:

EXHIBIT A:   JOINT PROPOSED JURY INSTRUCTIONS AND OBJECTIONS

EXHIBIT B:   DEFENDANT'S PROPOSED SPECIAL INTERROGATORIES

EXHIBIT C:   PLAINTIFFS' PROPOSED SPECIAL INTERROGATORIES  (Plaintiffs object to Defendant's Proposed Interrogatories and do not believe Special Interrogatories are necessary or appropriate in this case.)

EXHIBIT D;   PLAINTIFFS' TRIAL BRIEF

MARGOLIS EDELSTEIN

*s/ Herbert W. Mondros*
_____
Herbert W. Mondros, Esquire (#3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

1602550/2

- and –

Ralph R. Smith 3rd, Esquire (admitted pro hac vice)
Sentry Office Plaza
216 Haddon Avenue, 2nd Floor
P.O. Box 92222
Westmont, NJ 08108
(856) 858-7200