## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH COLE and ,** : | |
| **BRIDGETTE BROWN** : | |
| Plaintiffs, : | C.A. No. 05-270(KAS) |
| : | (Consolidated) |
| v. : | |
| : | **JURY TRIAL DEMANDED** |
| **DELAWARE TECHNICAL** : | |
| **AND COMMUNITY COLLEGE** : | |
| Defendant. : | |

### PLAINTIFFS' PROPOSED SPECIAL INTERROGATORIES

Plaintiffs object to Defendant's Proposed Interrogatories and do not believe Special Interrogatories are necessary or appropriate in this case.