March 7, 2006

Lori Brewington, Esq
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Dear Ms. Brewington,

Below is a summary of my work with Ms. Brigitte Brown:

Ms. Brown was treated from 10/22/02 – 4/12/03. She attended three individual therapy sessions, including the initial intake session. Sessions were discontinued due to therapist departure from the office building. Ms. Brown's chief complaint was work related stress and accompanying anxiety related to work stress. She reported physical symptoms (headaches, twitching of the eye, acne, nervousness, decrease in sleep and eating habits) as well as feelings of humiliation and demoralization following the move from a small single office to another small space shared with two other co-workers. She also reported an increase in paperwork and a dislike for her job after years of enjoyment with her position. Ms. Brown was given the diagnosis of 309.28 Adjustment Disorder with Mixed Anxiety and Depressed mood due to the development of emotional and physical symptoms in response to an identifiable stressor. Ms. Brown was referred to her PCP to rule out organic causes for physical symptoms as well as possibility of prescribing medication to help decrease current symptoms. Emphasizing positive resources was also explored. Ms. Brown was teary in two of the three sessions.

Should you need any additional information please contact me at 463-0324 or 378-5238.

Sincerely,

Tamara Walker-Gladney, Ph.D.
Licensed Psychologist

B-0075

PX 40