Oluseyi Senu-Oke, M.D.
Paula Harris, M.S.N., C.S.N.P.
Franklin Amgada, M.D.



DELAWARE
PHYSICIAN ASSOCIATES

March 6, 2006

Ms. Lori Brewington
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Ms. Brigitte Brown was seen in my office on October 16, 2002. She complained of severe headaches, muscle spasms, loss of hair and she stated she was under a tremendous amount of stress due to her position at Delaware Tech. She stated there had been many changes in the office and she was placed in an office with several new people and she was very stressed about the numerous changes.

On physical examination, the patient was a 42- year old African-American female who appeared anxious and agitated. Her blood pressure was 130/88 and her speech was pressured. Her pulse, temperature and weight were within normal limits.

Ms. Brown was diagnosed with Adjustment Disorder with Depression and Anxiety. She was prescribed Lexapril 10mg and referred for counseling.

In May, 2003, Ms. Brown was evaluated and complained of a lot of stress at work. She was anxious and complained of head pain. She was encouraged to continue the Lexapril and continue counseling. In May, 2004 the patient continued to have a great deal of stress and difficulty adjusting. She complained of muscle spasms and neck pain. I referred Ms. Brown to a psychologist for further evaluation.

Sincerely,

Oluseyi Senu-Oke, MD

4011 NORTH MARKET STREET WILMINGTON, DE 19802  P: 302 762 0200  F: 302 762 0210
1601 MILLTOWN ROAD SUITE 410 WILMINGTON, DE 19808  P: 302 992 0411  F: 302 994 4000

B-0076

PX 41