



UBMS
UBC
TALENT SEARCH
SOAR
PM-Program Manager
SEC-Student Enrichment Coordinators

PM    SEC    PM    SEC    SEC

PRESENT SET UP ON 4TH FLOOR



Administrative Offices

Computer room

Secretary

Chemistry Lab 435

Brown/Cole 210



PM

PM/Tm
Secre.

B-0061

PX 32



UBMS ☐
UBC ■
TALENT SEARCH ■
SOAR ■

PM-Program Manager
SEC-Student Enrichment Coordinators

**Proposed Move-Cost vs. Allocation of Space**
TS will hire a part time person
Pro:
-UBMS in one area
Cons:
-UBMS Inadequate space
-UBMS Program Manager not with other PM
-Classic PM not with UBC Team
-Empty office Space (Storage/Secretary)
-7 employees must be moved
-Not Cost Effective

Administrative Offices

Computer room

Chemistry Lab 435

PM

PM

PM

SEC

Brown/Cole 211

B-0062





Brown/Cole 212

B-0063



UBMS ☐
UBC ■
TALENT SEARCH ■
SOAR ■

PM-Program Manager
SEC-Student Enrichment Coordinators

Alternative 2
Pros:
UBMS SEC's & Secretary together
(with adequate space)
UBC SEC's & Secretary together
(with adequate space)
All PM are together
Cons:
Less Costly 6 employees moved

PM
PM
PM
SEC

Administrative Offices

Computer room

Chemistry Lab 435

Brown/Cole 213

B-0064