

ATTORNEYS AT LAW
www.margolisedelstein.com

HERBERT W. MONDROS, ESQUIRE
hmondros@margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-888-1112
FAX 302-888-1119

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

September 17, 2007

The Honorable Mary Pat Thynge
Magistrate Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE  19801

RE:   **Brown/Cole v. DE Technical & Community College**
      **C.A. No.: 05-270 GMS (Consolidated)**

Dear Magistrate Thynge:

We represent the plaintiffs in the above referenced matter. Trial is scheduled to begin on Monday, September 24, 2007. At the pretrial conference, Judge Sleet suggested the parties renew their efforts to resolve the matter, and also offered Your Honor's services if we believed they would be useful.

Pursuant to the Court's instructions, and our clients' wishes, we made what we believed to be a reasonable settlement proposal on Thursday, September 13. Friday afternoon, defense counsel rejected our offer and declined to make a counter proposal.

It is our belief that Your Honor's attention could be of assistance in getting the parties and their counsel over this impasse, through a candid assessment of the risks and rewards presented by a trial.

We understand Your Honor's docket is extremely crowded, but if we could impose on just a small amount of the Court's time, we would be grateful.

Respectfully,

Herbert W. Mondros
Del. Bar No. 3308

HWM:st
cc:   David Williams, Esq.