IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>        Plaintiffs,<br><br>        v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-270 GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF LODGING**

TO:   Herbert W. Mondros, Esquire,
        Margolis Edelstein
        750 South Madison Street, Suite 102
        Wilmington, DE 19801

PLEASE TAKE NOTICE that Plaintiff Kenneth Cole's Response to Defendant's First Set of Interrogatories Directed to Plaintiff Kenneth Cole dated October 31, 2005 is hereby lodged.

                                                           David H. Williams (#616)
                                                           dwilliams@morrisjames.com
                                                           James H. McMackin, III (#4284)
                                                           jmcmackin@morrisjames.com
                                                           MORRIS JAMES, LLP
                                                           500 Delaware Avenue, Suite 1500
                                                           Wilmington, DE 19899
                                                           (302) 888-6900/5849
                                                           Attorneys for Defendant

Dated: September 18, 2007

JYM/007409-0132/1609286/1