IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C. A. No. 05-270 GMS |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF LODGING

TO: Herbert W. Mondros, Esquire,
Margolis Edelstein
750 South Madison Street, Suite 102
Wilmington, DE 19801

PLEASE TAKE NOTICE that Plaintiff Brigitte Brown's Response to Defendant's First Set of Interrogatories Directed to Plaintiff Brigitte Brown dated October 31, 2005 is hereby lodged.

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

Dated: September 18, 2007