IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C. A. No. 05-270 GMS |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

### NOTICE OF LODGING

TO:  Herbert W. Mondros, Esquire,
      Margolis Edelstein
      750 South Madison Street, Suite 102
      Wilmington, DE 19801

      PLEASE TAKE NOTICE that Plaintiffs' Pre-Discovery Disclosures dated September 1, 2005 are hereby lodged.

                                                             /s/ David H. Williams
                                            David H. Williams (#616)
                                            dwilliams@morrisjames.com
                                            James H. McMackin, III (#4284)
                                            jmcmackin@morrisjames.com
                                            MORRIS JAMES, LLP
                                            500 Delaware Avenue, Suite 1500
                                            Wilmington, DE  19899
                                            (302) 888-6900/5849
                                            Attorneys for Defendant

Dated: September 18, 2007