IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C. A. No. 05-270 GMS |
| DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, | ) <br> ) <br> ) | |
| Defendant. | ) | |

**NOTICE OF LODGING**

TO: Herbert W. Mondros, Esquire,
     Margolis Edelstein
     750 South Madison Street, Suite 102
     Wilmington, DE 19801

     PLEASE TAKE NOTICE that the deposition transcript of Brigitte L. Brown taken on February 6, 2006, is hereby lodged.

                                       David H. Williams (#616)
                                       dwilliams@morrisjames.com
                                       James H. McMackin, III (#4284)
                                       jmcmackin@morrisjames.com
                                       MORRIS JAMES, LLP
                                       500 Delaware Avenue, Suite 1500
                                       Wilmington, DE 19899
                                       (302) 888-6900/5849
                                       Attorneys for Defendant

Dated: September 18, 2007