IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) C.A. NO. 05-270 GMS <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF LODGING

TO: David H. Williams, Esquire (#616)
James H. McMacklin, III, Esquire (#4284)
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

PLEASE TAKE NOTICE that Defendant's Answers to Plaintiffs' First Set of

Interrogatories Directed to Defendant dated January 23, 2006 is hereby lodged.

MARGOLIS EDELSTEIN

_/s/ Herbert W. Mondros_
Herbert W. Mondros, Esquire (#3956)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)
Counsel for Plaintiffs, Kenneth Cole
and Brigitte L. Brown

Dated: September 19, 2007