

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801
302-888-1112
FAX 302-888-1119

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

CENTRAL PENNSYLVANIA OFFICE:
ALLEGHENY PROFESSIONAL CENTER
SUITE 303
1798 OLD ROUTE 220 NORTH
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064
FAX 814-695-5066

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:*
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

* MEMBER OF THE HARMONIE GROUP

HERBERT W. MONDROS, ESQUIRE
hmondros@margolisedelstein.com

September 21, 2007

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE  19801

RE:    **Brown/Cole v. DE Technical & Community College**
       **C.A. No.: 05-270 GMS (Consolidated)**

Dear Chief Judge Sleet:

Although it is our preference to spare the Court the drama that sometimes accompanies the beginning of a trial, an issue has arisen which, we believe, requires the Court's attention.

Late yesterday evening, my client, Ken Cole, advised me that he would be unable to prepare for trial this weekend because he is scheduled to be working with a UBMS training program in Virginia the weekend. When he advised his Program Manager at Del Tech that he could not attend the training program, Mr. Cole was advised that his attendance in Virginia is "mandatory", and that his failure to attend would "place his job in jeopardy."

We require our client's participation in trial preparation this weekend. He should not be forced to choose between preparing for his Federal District Court trial against Del Tech and the risk of being terminated by his employer Del Tech.

Accordingly, we respectfully request that the Court issue a temporary restraining order enjoining Del Tech from threatening Mr. Cole with adverse employment action and from taking any adverse employment action against Mr. Cole in connection with his absence from the Virginia training program so that he may prepare for trial. In the alternative, we respectfully request a brief continuance of the trial date, now scheduled for Monday morning, September 24, 2007, so that Mr. Cole may both keep his job and prepare for trial.

The Honorable Gregory M. Sleet
September 21, 2007
Page 2

      I have discussed this issue with Mr. Williams, who is consulting with his client, but given the timing, we feel compelled to seek the Court's intervention at this time.

Respectfully,

Herbert W. Mondros
Del. Bar No. 3308

HWM:st
Enclosures
cc:    David Williams, Esq.
        The Honorable Mary Pat Thynge, United States Magistrate Judge