| | |
|---|---|
| From: | Herbert Mondros |
| To: | David Williams; McMackin III, James H. |
| Date: | 9/20/2007 10:36:12 PM |
| Subject: | Cole v. Del Tech |

Dear Counsel,

This afternoon after it became apparent that a trial is unavoidable, I advised my client, Ken Cole, that we will require his presence in Wilmington this weekend to prepare for trial, and that he will be unable to participate in the UBMS training program in Virginia scheduled for this weekend.

This evening Mr. Cole advised his program manager, Roseaanna Brown-Simmons, that due to his need to prepare for the federal trial to commence on Monday morning he would not be able to participate in the UBMS training this weekend. In response, Ms. Brown-Simmons advised Mr. Cole that his attendance at this weekend's trainng program is ?mandatory," and that if he were to be absent, he would be "placing his job in jeopardy."

I write to request that you confirm that Ms. Brown-Simmons statements are incorrect, and do not represent Del Tech's position. If Del Tech's position is, in fact, that Mr. Cole will, or may, be terminated or face any other adverse employment action if he remains in Wilmington this weekend to prepare for the trial, please let me know promptly.

In addition, we request that you have your client promptly provide assurances to Mr. Cole that he will not face any adverse employment action if he remains in Wilmington to prepare for trial this weekend rather than attending the UBMS training in Virginia. Otherwise, Mr. Cole will be forced to choose between preparing for his trial and putting his job at risk.

Thank you,

Herb

Herbert Mondros
MARGOLIS EDELSTEIN
750 S. Madison St.
Wilmington, DE 19801
302-888-1112
fax: 302-888-1119
hmondros@margolisedelstein.com
http://www.margolisedelstein.com/attorneys.php?action=view&id=144

CONFIDENTIALITY NOTICE:

This electronic message and any attachment hereto originate from the law firm of Margolis Edelstein and contain confidential information intended solely for the use of the individual(s) and/or entity(ies) to whom and/or which it is addressed. This message and any attachment hereto may also contain information subject to the attorney-client privilege, the joint-defense privilege, the settlement privilege, the work-product doctrine, or other privileges or immunities. No waiver of any of these privileges or immunities is intended or should be inferred from the inadvertent transmission of this message and/or any attachment hereto to, or receipt of this message and/or any attachment hereto by, an individual or entity not intended to receive and review it or them. If the reader of this message and/or any attachment hereto is not an intended recipient or the employee or agent responsible to deliver it and/or them to an intended recipient, that reader is hereby notified that any review, copying, dissemination, distribution, or use of the contents of this message and/or any attachment hereto, as well as the taking of any action in reliance upon the contents of this message and/or any attachment hereto, is not authorized by Margolis Edelstein but is, instead, strictly forbidden. If the reader of this message and/or any attachment hereto has received it or