IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE, | ) | |
| BRIGITTE L. BROWN, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-270 GMS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF LODGING

TO:  David H. Williams, Esquire (#616)
James H. McMacklin, III, Esquire (#4284)
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899


PLEASE TAKE NOTICE that the deposition transcript of Dr. Ann Del Negro taken on January 30, 2006 is hereby lodged.

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (#3956)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)
Counsel for Plaintiffs, Kenneth Cole
and Brigitte L. Brown

Dated: September 21, 2007