IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-270 GMS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF LODGING

TO:    David H. Williams, Esquire (#616)
       James H. McMacklin, III, Esquire (#4284)
       Morris James, LLP
       500 Delaware Avenue, Suite 1500
       Wilmington, DE 19899


PLEASE TAKE NOTICE that the deposition transcript of Susan Elizabeth Zawislak

taken on January 27, 2006 is hereby lodged.



                                     MARGOLIS EDELSTEIN

                                     _____
                                     Herbert W. Mondros, Esquire (#3956)
                                     750 South Madison Street, Suite 102
                                     Wilmington, DE 19801
                                     (302) 777-4680 (telephone)
                                     (302) 777-4682 (facsimile)
                                     Counsel for Plaintiffs, Kenneth Cole
                                     and Brigitte L. Brown


Dated: September 21, 2007