IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, <br> BRIGITTE L. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE TECHNICAL AND <br> COMMUNITY COLLEGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 05-270 GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF LODGING

TO: Herbert W. Mondros, Esquire,
     Margolis Edelstein
     750 South Madison Street, Suite 102
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the deposition transcript of Kenneth Cole taken on February 7, 2006, is hereby lodged.

                                              David H. Williams (#616)
                                              dwilliams@morrisjames.com
                                              James H. McMackin, III (#4284)
                                              jmcmackin@morrisjames.com
                                              MORRIS JAMES, LLP
                                              500 Delaware Avenue, Suite 1500
                                              Wilmington, DE 19899
                                              (302) 888-6900/5849
                                              Attorneys for Defendant

Dated: September 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE,<br>BRIGITTE L. BROWN,<br><br>        Plaintiffs,<br><br>        v.<br><br>DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-270 GMS<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, James H. McMackin, III, hereby certify that on September 18, 2007, I served two copies of the attached **NOTICE OF LODGING** by hand delivery on the following counsel:

    Herbert W. Mondros, Esquire
    Margolis Edelstein
    750 S. Madison Street, Suite 102
    Wilmington, DE 19801

    MORRIS JAMES LLP

    _____
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III, Esquire
    jmcmackin@morrisjames.com
    500 Delaware Avenue, Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849
    Attorneys for Defendant

Dated: September 18, 2007