KENNETH COLE

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
 2

 3   KENNETH COLE,              : C.A. No.:

 4   BRIGITTE L. BROWN,         : 05-270 KAJ

 5            Plaintiffs,       : CONFIDENTIAL

 6   v.                         :

 7   DELAWARE TECHNICAL AND     :

 8   COMMUNITY COLLEGE,         :

 9            Defendant.        :

10           Continued deposition of KENNETH COLE, taken

11   pursuant to notice before Tanya M. Congo, a Notary

12   Public and Certified Shorthand Reporter, at the

13   offices of Morris, James, Hitchens & Williams, LLP,

14   222 Delaware Avenue, 10th Floor, Wilmington,

15   Delaware, on Tuesday, February 7, 2006, beginning at

16   approximately 1:05 p.m., there being present:

17   APPEARANCES:

18           MARGOLIS, EDELSTEIN
             1509 Gilpin Avenue
19           Wilmington, Delaware 19806
             BY:  LORI A. BREWINGTON, ESQUIRE
20           Attorney for Plaintiffs

21           MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
             222 Delaware Avenue, 10th Floor
22           Wilmington, Delaware 19899
             BY:  DAVID H. WILLIAMS, ESQUIRE
23           Attorney for Defendant

24           Also present:  Brigitte L. Brown
                            Paul Morris
```

KENNETH COLE

```
1   C O N F I D E N T I A L   S E S S I O N
2              (Thereupon, the following testimony
3   was deemed to be confidential and placed under
4   separate cover:)
5   BY MR. WILLIAMS:
6       Q.   Tell me about what did you say, what did
7   she say, to the best of your recollection when you
8   talked to   REDACTED         ?
9       A.   Well, I was kind of surprised that she was
10  terminated.  I thought she -- UBMS members were under
11  the impression that she resigned.  And due to the
12  testimony in the depos, I realized that she was
13  terminated.
14             And she always did say that she would
15  testify in this case.  So I asked her, would she
16  testify.  If we go to trial, would she -- basically
17  would she be there.  And she said she would.
18             And would she provide Affidavits, and
19  she said she would.
20      Q.   Did you talk to her about what she would
21  expect to say if she appeared to testify?
22      A.   I can't recall in detail, but there were
23  some things that --
24      Q.   What do you recall?
```

KENNETH COLE

Page 3

1    A.    She definitely felt she was retaliated
2    against, there's no doubt about that in terms of her
3    termination.
4          And I think she -- oh, yes, she
5    remembered about the -- in the meeting with Paul and
6    the UBMS group, she remembered Paul saying that --
7    Liz Wilson, which is the secretary, asked for
8    partitions.  And when she asked for partitions, she
9    remembered Paul saying, that we couldn't install --
10   he couldn't install partitions, or UBMS, or whatever
11   couldn't install partitions 'cause it would be
12   against AGRA or the grant.  She recalled that.
13         And she -- oh, yes, she felt that
14   Jacquita Henderson -- Jacquita Wright Henderson was
15   placed in that acting position to terminate her.  And
16   it was based on Sue.  Sue was driving that.
17   Q.    Anything else?
18   A.    That's about all I can recall.  I mean,
19   that's about it.
20   Q.    How long was the conversation?
21   A.    How long was the conversation.  That
22   conversation may have been an hour.  We still talk.
23   We're still friends.  So we would talk from time to
24   time.  But that particular conversation was about an

KENNETH COLE

Page 4

1  hour.
2      Q.    Were there subjects discussed other than
3  what she might offer by way of testimony at trial?
4      A.    I'm sorry.
5      Q.    Did you talk about things other than this
6  case?
7      A.    Did we talk about things other than this
8  case.  Primarily this case.
9      Q.    So in an hour-long conversation that's all
10 --
11     A.    Approximately.
12     Q.    -- in approximately an hour that's all you
13 can remember her saying about --
14     A.    I mean, there's some other things said,
15 but that's all I can remember.
16
17
18
19
20
21
22
23
24

KENNETH COLE

Page 5

```
 1                    INDEX

 2          Deposition of KENNETH COLE

 3              Date:  February 7, 2006

 4   Examination of:                    PAGE

 5   KENNETH COLE

 6   (By Mr. Williams)                    2

 7                 EXHIBITS

 8   NAME          DESCRIPTION           PAGE

 9   (None)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```