IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH COLE,<br>BRIGITTE BROWN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 05-270 (KAJ)<br>(Consolidated) |
| DELAWARE TECHNICAL AND<br>COMMUNITY COLLEGE, | ) ) ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

NOW COME, the parties, by and through their respective counsel, who stipulate and agree to dismiss the above captioned matter with prejudice to all parties.

**MARGOLIS EDELSTEIN**

By: /s/ *Herbert W. Mondros*
Herbert W. Mondros, Esq. (3308)
750 S. Madison Street
Wilmington, Delaware 19801
(302) 888-1112
Counsel for Plaintiff

**MORRIS JAMES, LLP**

By: _____
David H. Williams, Esq. (616)
James H. McMackin, III, Esq. (4284)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(302) 888-6900
Counsel for Defendant

**SO ORDERED** this ____ day of _____, 2007.

_____
Judge Gregory M. Sleet